United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATES OF FAITH and HARVEY BLIGHT,<br><br>          Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA, COUNTY OF SANTA CLARA, THOMAS ORVIS, STATE BAR,<br><br>          Defendants.<br>_____/ | No. C-05-3017 MMC<br><br>**ORDER CONTINUING DEADLINE TO AMEND COMPLAINT** |

      In an order filed July 29, 2005, the Court dismissed the above-titled action for failure to comply with Rule 8 of the Federal Rules of Civil Procedure and for failure to state a claim, and granted plaintiffs leave to file an amended complaint no later than August 26, 2005. On August 18, 2005, rather than file an amended complaint, plaintiffs filed an appeal with the Ninth Circuit Court of Appeals. On September 21, 2005, the Ninth Circuit dismissed the appeal for lack of jurisdiction.

      As the deadline for plaintiffs to file an amended complaint expired during the pendency of their appeal, the Court hereby CONTINUES, to October 14, 2005, the deadline for plaintiffs to file an amended complaint. If plaintiffs fail to file an amended

//

1  complaint by that date, the Court will dismiss the action with prejudice.
2  **IT IS SO ORDERED.**
3  Dated: September 22, 2005

MAXINE M. CHESNEY
United States District Judge