**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 ASSOCIATES OF FAITH and HARVEY                No. C-05-3017 MMC
   BLIGHT,

12          Plaintiffs,                          **ORDER DISMISSING ACTION**

13     v.

14 STATE OF CALIFORNIA, COUNTY OF
   SANTA CLARA, THOMAS ORVIS, STATE

15 BAR,

16          Defendants.

17 _____/

18

19        In the above-titled action, plaintiffs seek to proceed in forma pauperis.  In an order

20 filed July 29, 2005, the Court dismissed the complaint with leave to amend.  The Court

21 found plaintiffs had violated Rule 8 of the Federal Rules of Civil Procedure by failing to

22 adequately allege a basis for the Court's jurisdiction, and by failing to include a prayer for

23 relief.  The Court further found that to the extent plaintiffs were seeking a writ of habeas

24 corpus, pursuant to 28 U.S.C. § 2254, they had failed to adequately allege they were in

25 custody in violation of the Constitution or law or treaties of the United States, or that they

26 had exhausted all remedies available to them in state court.  Consequently, the Court

27 dismissed the action, pursuant to 28 U.S.C. § 1915(e)(2), and afforded plaintiffs leave to

28 file an amended complaint no later than August 26, 2005.

1    On August 18, 2005, rather than file an amended complaint, plaintiffs filed an appeal

2 with the Ninth Circuit Court of Appeals.[1]  On September 21, 2005, the Ninth Circuit

3 dismissed the appeal for lack of jurisdiction.  In an order filed the following day, September

4 22, 2005, the Court extended to October 14, 2005 the deadline for plaintiffs to file an

5 amended complaint.  The Court further ordered that if plaintiffs failed to file an amended

6 complaint by that date, the Court would dismiss the action with prejudice.  To date, plaintiffs

7 have not filed an amended complaint.

8    Accordingly, plaintiffs' motion to proceed in forma pauperis is hereby DENIED and

9 the instant action is hereby DISMISSED with prejudice.

10   **IT IS SO ORDERED.**

11 Dated: October 25, 2005                               MAXINE M. CHESNEY
                                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    [1] Although plaintiffs filed a document on August 5, 2005 requesting that two pages
be added to the original complaint, the additional pages did not address the deficiencies
28 identified by the Court in its July 29, 2005 order.

2