IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATES OF FAITH and HARVEY BLIGHT,<br>           Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA, COUNTY OF SANTA CLARA, THOMAS ORVIS, STATE BAR,<br>           Defendants.<br>_____/ | No. C-05-3017 MMC<br><br>**ORDER DENYING POST-DISMISSAL RELIEF** |

By order filed October 25, 2005, the Court dismissed the above-titled action. On October 31, 2005, plaintiffs filed a document that contains the following introductory language: "Notice and motion for out of state venue or summery judgement petition to disqualify the San Francisco County federal bench petition for leave to wave jurisdiction by writ of mandate in the alternative courts hearing notice for 10/28/05 abuse of process i.e. untimely writ of mandate to review dismissal, or in the alternative summery judgment." To the extent plaintiffs, by said filing, seek reconsideration of the Court's dismissal of the instant action, transfer thereof, or recusal of the Court, good cause for such relief has not been shown.

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 1, 2005

                                          MAXINE M. CHESNEY<br>                                          United States District Judge