IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATES OF FAITH and HARVEY BLIGHT,<br>　　　　Plaintiffs,<br>　v.<br>STATE OF CALIFORNIA, COUNTY OF SANTA CLARA, THOMAS ORVIS, STATE BAR,<br>　　　　Defendants.<br>_____/ | No. C-05-3017 MMC<br><br>**ORDER DENYING FURTHER REQUEST FOR POST-DISMISSAL RELIEF** |

　　　By order filed October 25, 2005, the Court dismissed the above-titled action and thereafter, in an order filed November 1, 2005, the Court denied plaintiffs' request for post-dismissal relief.  On November 2, 2005, the Court received additional documents from plaintiffs, challenging the Court's dismissal of the instant action.  Plaintiffs again have failed to show good cause for any post-dismissal relief.

　　　Accordingly, the motion is hereby DENIED.

　　　**IT IS SO ORDERED.**

Dated: November 2, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge