IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATES OF FAITH and HARVEY BLIGHT,<br>           Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA, COUNTY OF SANTA CLARA, THOMAS ORVIS, STATE BAR,<br><br>           Defendants.<br>_____/ | No. C-05-3017 MMC<br><br>**ORDER DENYING FURTHER REQUESTS FOR POST-DISMISSAL RELIEF** |

By order filed October 25, 2005, the Court dismissed the above-titled action. In orders filed November 1, 2005 and November 3, 2005, the Court denied plaintiffs' requests for post-dismissal relief. Thereafter, on November 28, 2005, November 30, 2005, December 5, 2005, and December 28, 2005, plaintiffs filed further requests for post-dismissal relief. Plaintiffs again have failed to show good cause for any post-dismissal relief.

Accordingly, the motions are hereby DENIED. The instant action has been dismissed and plaintiffs are hereby ADVISED that no further motions will be considered by the Court.

**IT IS SO ORDERED.**

Dated: January 5, 2006

                                      MAXINE M. CHESNEY<br>
                                      United States District Judge