IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATES OF FAITH and HARVEY BLIGHT,<br>　　　　Plaintiffs,<br>　v.<br>STATE OF CALIFORNIA, COUNTY OF SANTA CLARA, THOMAS ORVIS, STATE BAR,<br>　　　　Defendants.<br>_____/ | No. C-05-3017 MMC<br><br>**ORDER DENYING FURTHER REQUESTS FOR POST-DISMISSAL RELIEF**<br><br>(Docket Nos. 32, 33) |

　　　Before the Court are two motions for post-dismissal relief filed by plaintiffs on January 18, 2006, and February 3, 2006, respectively. The Court previously has notified plaintiffs that no further motions in the above-titled action will be considered by the Court. (See Order filed January 5, 2006.)

　　　Accordingly, plaintiffs' motions are hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 7, 2006

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge